# United States Bankruptcy Court
## Eastern District of Wisconsin

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Goodwill Industries of Northern Wisconsin and Upper Michigan, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**39-1049987** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1428 Main St.**<br>**Marinette, WI**<br>ZIP Code **54143** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Marinette** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

### Type of Debtor (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Tax-Exempt Entity (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information    *** Paul G. Swanson ***
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Goodwill Industries of Northern Wisconsin and Upper Michigan, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Goodwill Industries of Northern Wisconsin and Upper Michigan, Inc.** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>Signature of Debtor<br><br>**X** _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney\***<br><br>**X  /s/ Paul G. Swanson**<br>Signature of Attorney for Debtor(s)<br><br>**Paul G. Swanson**<br>Printed Name of Attorney for Debtor(s)<br><br>**Steinhilber, Swanson, Mares, Marone & McDermott**<br>Firm Name<br><br>**107 Church Avenue**<br>**P.O. Box 617**<br>**Oshkosh, WI 54903-0617**<br>Address<br><br>**920-235-6690  Fax: 920-426-5530**<br>Telephone Number<br><br>**November 30, 2010**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>**X** _____<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X  /s/ Jim Borowski**<br>Signature of Authorized Individual<br><br>**Jim Borowski**<br>Printed Name of Authorized Individual<br><br>**CEO**<br>Title of Authorized Individual<br><br>**November 30, 2010**<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re **Goodwill Industries of Northern Wisconsin and Upper Michigan, Inc.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Becker Glove International, Inc.**<br>**C/O Coface Collections North America, IN**<br>**PO Box 8471**<br>**Metairie, LA 70011** | **Becker Glove International, Inc.**<br>**C/O Coface Collections North America, IN**<br>**PO Box 8471**<br>**Metairie, LA 70011** | **NEW GDS** | | **4,318.30** |
| **De Lage Landen Financial Services, Inc.**<br>**1111 Old Eagle School Road**<br>**Wayne, PA 19087** | **De Lage Landen Financial Services, Inc.**<br>**1111 Old Eagle School Road**<br>**Wayne, PA 19087** | **Microsoft computer system used for business operations** | | **45,155.65**<br>**(0.00 secured)** |
| **First Nonprofit Unemployment**<br>**1 South Wacker Drive**<br>**Suite 2380**<br>**Chicago, IL 60606** | **First Nonprofit Unemployment**<br>**1 South Wacker Drive**<br>**Suite 2380**<br>**Chicago, IL 60606** | **WI UNEMP** | | **6,172.33** |
| **Goodwill Industries International, Inc.**<br>**15810 Indianola Dr.**<br>**Derwood, MD 20855** | **Goodwill Industries International, Inc.**<br>**15810 Indianola Dr.**<br>**Derwood, MD 20855** | **Security interest in collateral identified as 1428 Main St., Marinette, WI, pusuant to executory contract** | | **70,690.03**<br>**(0.00 secured)** |
| **IMRD, LLC-Moyle Rent**<br>**46702 Highway M-26**<br>**PO Box 414**<br>**Houghton, MI 49931** | **IMRD, LLC-Moyle Rent**<br>**46702 Highway M-26**<br>**PO Box 414**<br>**Houghton, MI 49931** | **Rent Arrearage** | | **79,495.78** |
| **Jacob's Trading Company**<br>**8090 Excelsior Blvd**<br>**Hopkins, MN 55343-3415** | **Jacob's Trading Company**<br>**8090 Excelsior Blvd**<br>**Hopkins, MN 55343-3415** | **NEW GDS** | | **21,350.00** |
| **Kenco Label Sales**<br>**6585 N. Sidney Pl**<br>**Milwaukee, WI 53209** | **Kenco Label Sales**<br>**6585 N. Sidney Pl**<br>**Milwaukee, WI 53209** | **RET SUPPLY** | | **3,995.41** |
| **Kerber, Rose & Associates**<br>**115 E Fifth Street**<br>**Shawano, WI 54166** | **Kerber, Rose & Associates**<br>**115 E Fifth Street**<br>**Shawano, WI 54166** | **CONSULT** | | **4,500.00** |

In re **Goodwill Industries of Northern Wisconsin and Upper Michigan, Inc.**

Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Office Max #1162-Rent<br>75 Remittance Dr.<br>Suite 6074<br>Chicago, IL 60675-6074 | Office Max #1162-Rent<br>75 Remittance Dr.<br>Suite 6074<br>Chicago, IL 60675-6074 | Rent Arrearage | | 37,942.70 |
| Rural Works Strategies<br>4610 Stonewood Court<br>Oshkosh, WI 54902 | Rural Works Strategies<br>4610 Stonewood Court<br>Oshkosh, WI 54902 | CONTRACT | | 13,625.00 |
| SMET Construction Services<br>3148 Mid Valley Drive<br>DePere, WI 54115 | SMET Construction Services<br>3148 Mid Valley Drive<br>DePere, WI 54115 | Rent Arrearage | | 57,078.17 |
| SSMRD, LLC-Moyle Rent<br>Po Box 399<br>Houghton, MI 49931 | SSMRD, LLC-Moyle Rent<br>Po Box 399<br>Houghton, MI 49931 | Rent Arrearage | | 25,251.72 |
| Superior National Bank & Trust Co.<br>235 Quincy St.<br>PO Box 450<br>Hancock, MI 49930 | Superior National Bank & Trust Co.<br>235 Quincy St.<br>PO Box 450<br>Hancock, MI 49930 | Secured by 9 Vehicles | | 20,078.15<br><br>(0.00 secured) |
| Superior National Bank & Trust Co.<br>235 Quincy St.<br>PO Box 450<br>Hancock, MI 49930 | Superior National Bank & Trust Co.<br>235 Quincy St.<br>PO Box 450<br>Hancock, MI 49930 | Calumet Work Center, located at 23390 Airpark Blvd., Calumet, MI 49913 | | 73,468.08<br>(0.00 secured)<br>(681,265.69 senior lien) |
| Superior National Bank & Trust Co.<br>235 Quincy St.<br>PO Box 450<br>Hancock, MI 49930 | Superior National Bank & Trust Co.<br>235 Quincy St.<br>PO Box 450<br>Hancock, MI 49930 | Calumet Work Center, located at 23390 Airpark Blvd., Calumet, MI 49913 | | 681,265.69<br><br>(0.00 secured) |
| Wells Fargo<br>Michigan Business Banking<br>MAC N9306-101<br>PO Box 9149<br>Minneapolis, MN 55480-9149 | Wells Fargo<br>Michigan Business Banking<br>MAC N9306-101<br>PO Box 9149<br>Minneapolis, MN 55480-9149 | Marinette Work Center | | 659,960.63<br><br>(0.00 secured) |
| Wells Fargo<br>Michigan Business Banking<br>MAC N9306-101<br>PO Box 9149<br>Minneapolis, MN 55480-9149 | Wells Fargo<br>Michigan Business Banking<br>MAC N9306-101<br>PO Box 9149<br>Minneapolis, MN 55480-9149 | Marinette Work Center | | 282,840.24<br><br>(0.00 secured) |
| Wells Fargo Bank, N.A.<br>962 First St.<br>Menominee, MI 49858 | Wells Fargo Bank, N.A.<br>962 First St.<br>Menominee, MI 49858 | Marquette Store, located at 3125 US Hwy 41 West, Marquette, MI 49855 | | 1,048,630.76<br><br>(0.00 secured) |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Goodwill Industries of Northern Wisconsin and Upper Michigan, Inc.**
Debtor(s)

Case No.

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Wells Fargo Brokerage Services, LLC**<br>**Attn: Senior Vice President**<br>**608 Second Avenue South, 9th Floor**<br>**Mail Code N9303-105**<br>**Minneapolis, MN 55479** | **Wells Fargo Brokerage Services, LLC**<br>**Attn: Senior Vice President**<br>**608 Second Avenue South, 9th Floor**<br>**Minneapolis, MN 55479** | **Houghton Store, located at 911 Razorback Dr., Houghton, MI 49931** | | 915,225.65<br><br>(0.00 secured) |
| **Wright Express**<br>**Po Box 6293**<br>**Carol Stream, IL 60197-6293** | **Wright Express**<br>**Po Box 6293**<br>**Carol Stream, IL 60197-6293** | **FUEL** | | 5,222.91 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **November 30, 2010**

Signature **/s/ Jim Borowski**
**Jim Borowski**
**CEO**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

```
Ace Hardware of Calumet
336 5th Street
Calumet, MI 49913

Agree Limited Partnership
31850 Northwestern Highway
Farmington, MI 48334

Anchor Coupling, Inc.
5520 13th St.
Menominee, MI 49858

Anchor Packaging
P.O. Box 11322
Birmingham, AL 35202-1322

Anderson Culligan
860 Frontage Rd
PO Box 184
Peshtigo, WI 54157

Ansul Co.
Attn: Dick Baxter
One Stanton St.
Marinette, WI 54143

Aramark
Po Box 1114
Appleton, WI 54914

Bay Area Medical Center
3100 Shore Dr
Marinette, WI 54143-4297

Bay Area Workforce Development Board Inc
317 West Walnut St.
Green Bay, WI 54303

Bay Cities Radio
413 10Th Ave
Menominee, MI 49858

Bayside Development, LLC
PO Box 537
Marinette, WI 54143

Becker Glove International, Inc.
C/O Coface Collections North America, IN
PO Box 8471
Metairie, LA 70011

Bink's Coca Cola Bottling Co.
3001 Danforth Road
Escanaba, MI 49829
```

```
Calumet Machine
416 Sixth Street
Calumet, MI 49913

Canon Financial Services, Inc.
PO Box 4004
Carol Stream, IL 60197-4004

Carney-Nadeau Public School District
151 N. Hwy 41
PO Box 68
Carney, MI 49812

Christensen Machinery
1101 56Th Avenue
Menominee, MI 49858

Christensen Machinery & Supply Co. Inc.
1101 56th Ave.
Menominee, MI 49858

City of Houghton
616 Sheldon Avenue
Houghton, MI 49931

City of Ironwood
213 South Marquette Street
Ironwood, MI 49938

City of Manistique-Utilities
300 N. Maple
Manistique, MI 49854

Cloverland Electric Cooperative
725 E Portage Ave
Sault Ste Marie, MI 49783

Coca Cola Refreshments
2335 Payshpere Circle
Chicago, IL 60674-2329

Community Services of Northeast WI
1605 University Ave
Marinette, WI 54143

Copper Country Mental Health Services
c/o Vicki Mikkola, Associate Director
901 West Memorial Drive
Houghton, MI 49931-2492

Cowell and Lapointe PC
101 South Front Street
Marquette, MI 49855
```

Crown Lift
PO Box 641173
Cincinatti, OH 45264-1173

Curry's IGA Foods
1507 Cleveland Ave
Marinette, WI 54143

Custom Truck & Equipment
W5784 Cty Rd 338
Wallace, MI 49893

Cyberzone
1506 Cleveland Ave
PO Box 683
Marinette, WI 54143

Daily Globe
118 East McLeod Ave.
Ironwood, MI 49938

De Lage Landen Financial Services, Inc.
1111 Old Eagle School Road
Wayne, PA 19087

DeCrane Aerospace
Medical Systems
3000 Woleske Road
Marinette, WI 54143

Delta County Sheriff's Department
111 North 3rd Street
Escanaba, MI 49829

Drees Electric
1625 Marinette Ave
Marinette, WI 54143

Eagle Herald
Po Box 77
Marinette, WI 54143

Eastern Upper Peninsula ISD
c/o Rachel Fuerer
315 Armory Place
Sault Sainte Marie, MI 49783

Edward Jones Investments
56901 6th Street
Calumet, MI 49913

Ellison
25862 Commercentre Drive
Lake Forest, CA 92630-8804

Faith Lutheran Church
26016 Depot St.
Calumet, MI 49913

Fastenal Corp
Po Box 978
Winona, MN 55987-0978

Finlandia University
Old Main Building - Quincy Street
Hancock, MI 49930

Firestone
Gcr Tire Centers
PO Box 460
Marinette, WI 54143

First Bank Upper Michigan
2800 Ludington St.
Escanaba, MI 49829

First Nonprofit Unemployment
1 South Wacker Drive
Suite 2380
Chicago, IL 60606

First Presbyterian Church
923 5th Street
Menominee, MI 49858

Ford Motor Credit Company
One American Road
Dearborn, MI 48126

Forward Service Corporation
325 N. Roosevelt
Green Bay, WI 54301

Gitzen Company
323 East Lakeshore Dr
PO Box 67
Houghton, MI 49931

Goodwill Industries International
P.O. Box 791084
Baltimore, MD 21279-1084

Goodwill Industries International, Inc.
15810 Indianola Dr.
Derwood, MD 20855

Goodwill Industries-Suncoast, Inc
Attn:  Accounts Receivable
PO Box 14456
St. Petersburg, FL 33702

GOVConnection Inc.
Box 81018
Woburn, MA 01813-1018

Grace Methodist Church
927 West Fair St.
Marquette, MI 49855

Great American Jewelry
Clocktower Business Center
330 Linnway Suite 110
Lynn, MA 01901

Guardian Pest Control Inc.
701 East Fourth St.
Duluth, MN 55805

Hancock Bottling Company, Inc.
1800 Birch Street
Hancock, MI 49930

Hiawatha Behavioral Health Authority
Attn: Joanne Pratt
125 N. Lake St.
Manistique, MI 49854

Holiday Credit Office
Attn: Shirley
P.O. Box 1216
Minneapolis, MN 55440

Holiday Wholesale
Po Box 177
Wisconsin Dells, WI 53965

Home Comfort Showroom inc
2120 Ludington Street
Escanaba, MI 49829

Housewares Distributors
Po Box 855
West Bend, WI 53095

IMRD, LLC
PO Box 399
Houghton, MI 49931

IMRD, LLC-Moyle Rent
46702 Highway M-26
PO Box 414
Houghton, MI 49931

```
Insolvency Unit West 17, Grp 4-Milwaukee
Organization Code: SES:C:AIQ:WI7
211 W. Wisconsin Ave, Stop 5301
Milwaukee, WI 53203-2221

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 21126
Philadelphia, PA 19114-0326

Isle Royal National Park
800 East Lakeshore Drive
Houghton, MI 49931

J'S Records & Tapes, Inc.
3718 S Ashland Ave
Chicago, IL 60609

Jacob's Trading Company
8090 Excelsior Blvd
Hopkins, MN 55343-3415

Joy Properties, LLC
PO Box 25
Peshtigo, WI 54157

K&K Integrated Logistics
Po Box 395
Menominee, MI 49858

K.U.S.
1731 Industrial Park
Marinette, WI 54143

Kenco Label Sales
6585 N. Sidney Pl
Milwaukee, WI 53209

Kerber, Rose & Associates
115 E Fifth Street
Shawano, WI 54166

Keweenaw Peninsula Chamber Of Commerce
Po Box 336
Houghton, MI 49931

Keweenaw Peninsula Chamber of Commerce
902 College Avenue
Houghton, MI 49931

Keweenaw Petroleum Services, Inc.
PO Box 840
Houghton, MI 49931
```

KK Integrated Logistics, Inc.
501 4th Avenue
PO Box 395
Menominee, MI 49858-0395

Lancet Automatic Door
407 West Memorial Drive
Houghton, MI 49931

Leanne Helmrich
420 Dauphin Street
Green Bay, WI 54301

Lithocrafters Inc
P.O. Box 614
Marinette, WI 54143

Lynn Roberts International
PO Box 790051
St. Louis, MO 63179-0051

M&I Equipment Finance Company
600 N. Buffalo Grove Road
Buffalo Grove, IL 60089

Manistique Machine
324 Elm St.
MI 49851

Manistique Papers, Inc.
453 S. Mackinac Avenue
Manistique, MI 49854

Marilyn Marshall
17847 W Lakeshore Dr
Brimley, MI 49715

Marinette County H&HS
2500 Hall Avenue, Suite B
Marinette, WI 54143

Marinette High School
c/o Cindy Russell Smith
2139 Pierce Avenue
Marinette, WI 54143

Marquette-Alger Regional Educational
Services Agency
321 East Ohio
Marquette, MI 49855

Matheny Lawn Service
3724 W. 5 Mile Road
Sault Ste. Marie, MI 49783

McCoy Nationalease, Inc.
2099 Southpark Ct., Suite 2
Dubuque, IA 52003

Menard, Inc.


Michigan Dept. of Transportation
Mail Code B425
PO Box 30050
Lansing, MI 48909

Michigan Tech Employees Federal CU


Michigan Technological University
1400 Townsend Avenue
Houghton, MI 49931

Miller Action Supply
705 First St
Menominee, MI 49858

Mr. Tire
932 10th Ave
Menominee, MI 49858

N.E.W. U.P. Dental
4103 10th St.
Menominee, MI 49858

Network Services Company
Lockbox #231805
1805 Momentum Place
Chicago, IL 60689-5318

Northern Hardwoods
45807 Hwy M-26
South Range, MI 49963

Northpointe Behavioral Healthcare System
715 Pyle Drive
Kingsford, MI 49802

Northreach Healthcare
3100 Shore Drive
Marinette, WI 54143

Northwoods NiiJii Enterprise Community
602 Peace Pipe Road
PO Box 786
Lac Du Flambeau, WI 54538

Nu-Vu Food Service
PO Box 35
5600 13th St.
Menominee, MI 49858

Office Max #1162-Rent
75 Remittance Dr.
Suite 6074
Chicago, IL 60675-6074

Office Planning Group
103 East "H" Street
Iron Mountain, MI 49801

Ontonagon Rea
PO Box 97
Ontonagon, MI 49953

Paul B. Belschner, Managing Member
Smet Investments, LLC
3148 Mid Valley Drive
De Pere, WI 54115

Per Mar Security Services
PO Box 1101
Davenport, IA 52805-1101

Peter J. Jacobs
102 South Cedar St.
Manistique, MI 49854

Prince of Peace Lutheran Church
555 Riverside
Marquette, MI 49855

Quality Assembly and Logistics
3000 Woleske Rd.
Marinette, WI 54143

Quick Signs
1702 Mian Street
Marinette, WI 54143

Retail Services-Menards
P.O. Box 5219
Carol Stream, IL 60197-5219

Rural Works Strategies
4610 Stonewood Court
Oshkosh, WI 54902

Sayen's Business Equipment
PO Box 628
Hancock, MI 49930-0628

Sayen, Joe and Cathy
308 Harris St.
Hancock, MI 49930

Scott Hanson
2405 13th Street
Marinette, WI 54143

Semco Energy
Po Box 740812
Cincinnati, OH 45274-0812

SMET Construction Services
3148 Mid Valley Drive
DePere, WI 54115

SSMRD, LLC
PO Box 399
Houghton, MI 49931

SSMRD, LLC-Moyle Rent
Po Box 399
Houghton, MI 49931

St. George Glass Co., Inc.
850 S Stephenson St
Iron Mountain, MI 49801

Stephenson National Bank & Trust
1820 Hall Ave.
Marinette, WI 54143

Superior National Bank & Trust Co.
235 Quincy St.
PO Box 450
Hancock, MI 49930

T&T Fermanich
1011 Marinette Ave
Marinette, WI 54143

Team Wireless
923 US Hwy 41
Menominee, MI 49858

TEC (The Executive Committee, Inc.)
13105 W. Bluemound Road
Suite 250
Brookfield, WI 53005-2022

The Ad Solution
11810 Parklawn Drive
Suite 210
Rockville, MD 20852

The Daily Mining Gazette
P.O.Box 368
Houghton, MI 49931

The Print Shop
1340 Main St
Marinette, WI 54143

Thyssenkrupp Waupaca, Inc.
1955 Brunner Dr.
PO Box 249
Waupaca, WI 54981

Time Warner
Po Box 3237
Milwaukee, WI 53201-3221

Town of Doyle
Attn: Lynn Norton
RR#1
Gulliver, MI 49840

Tri City Area United Way
PO Box 1143
Marinette, WI 54143

Truck Country Of Wisconsin
Box #689707
Milwaukee, WI 53268-9707

U.S. Background Screening
638 Lindero Canyon Rd
Suite #136
Oak Park, CA 91377

Unlimited Services
170 Evergreen Road
PO Box 106
Oconto, WI 54153

UP Engineers & Architects
100 Portage Street
Houghton, MI 49931

Upper Peninsula Power Company
W Houghton Service Center
18494 Canal Road
Houghton, MI 49931

Upper Peninsula Telephone Co.
397 U.S. 41 N
PO Box 86
Carney, MI 49812-0086

```
Vista Marketing
N3955 Columbia
Kaukauna, WI 54130

Vorpahl Fire & Safety
526 Lambeau Street
Green Bay, WI 54303

Wal-mart Community BRC-VSI!!!
PO Box 530934
Atlanta, GA 30353-0934

Wal-mart-Main Street
PO Box 530932
Atlanta, GA 30353-0932

WE Energies
333 W Everett St
Milwaukee, WI 53290-1000

Wells Fargo
Michigan Business Banking
MAC N9306-101
PO Box 9149
Minneapolis, MN 55480-9149

Wells Fargo Bank, N.A.
962 First St.
Menominee, MI 49858

Wells Fargo Brokerage Services, LLC
Attn: Senior Vice President
608 Second Avenue South, 9th Floor
Mail Code N9303-105
Minneapolis, MN 55479

Wells Fargo Properties, Inc.
Attn: Toni Eppensteiner - N9910-024
101 W. Washington St.
Marquette, MI 49855

WIPFLI LLP
PO Box 3160
Milwaukee, WI 53201-3160

Wisconsin Department Of Justice
Po Box 2688
Madison, WI 53701-2688

Wisconsin Dept. of Transportation
Division of Business Management
Bureau of Management Service
4802 Sheboygan Ave., Rm. 751
Madison, WI 53707-7915
```

Wisconsin Senior Employment Program
(WISE)

WOM, LLC
635 West Seventh St., Suite 310
Cincinnati, OH 45203

Woodmounts Ink, LLC
PO Box 3
Painesdale, MI 49955

WPFF-Bethesda Christian Broadcasting
PO Box 28
Sturgeon Bay, WI 54235

Wright Express
Po Box 6293
Carol Stream, IL 60197-6293

WRJO Radio
PO BOX 309
Eagle River, WI 54521

Yale Materials Handling - Green Bay, Inc
2140 Hutson Rd.
Green Bay, WI 54303